IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
SUPERCOM INC.

**Defendant / Respondent:**
911 INET LLC, AND JOHN DOE CORPORATIONS 1-5 D/B/A
SPECIALTY LOCATION SERVICES

**AFFIDAVIT OF SERVICE**

Index No:
1:20-CV-08228-JSR

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and located at HERITAGE TOWER 18 9TH STREET SUITE 514, COLUMBUS, GA 31901 . That on Mon, Dec 14 2020 AT 10:53 AM AT 6198 CANDLESTICK LOOP, COLUMBUS, GA 31909 deponent served the within COMPLAINT; EXHIBIT A; SUMMONS IN A CIVIL ACTION; on 911INET LLC

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[X] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
1) 11/13/2020 @ 02:37 PM    2) 11/16/2020 @ 01:00 PM    3) 11/16/2020 @ 03:47 PM    4) 12/11/2020 @ 10:52 AM    5) 12/14/2020 @ 10:53 AM

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known address, 6198 CANDLESTICK LOOP, COLUMBUS, GA 31909, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Mon, Dec 14 2020.

[ ] **Non-Service:**

**Additional Comments:**
1) Unsuccessful Attempt: Nov 13, 2020, 2:37 pm EST at 6198 CANDLESTICK LOOP, COLUMBUS, GA 31909
No answer at door / Unable to reach Servee

2) Unsuccessful Attempt: Nov 16, 2020, 1:00 pm EST at 6198 CANDLESTICK LOOP, COLUMBUS, GA 31909
No answer at door / Unable to reach Servee

3) Unsuccessful Attempt: Nov 16, 2020, 3:47 pm EST at 6198 CANDLESTICK LOOP, COLUMBUS, GA 31909
No answer at door / Unable to reach Servee

4) Unsuccessful Attempt: Dec 11, 2020, 10:52 am EST at 6198 CANDLESTICK LOOP, COLUMBUS, GA 31909
lots of storage & equipment but no one answers the door. Residential.

5) Successful Attempt: Dec 14, 2020, 10:53 am EST at 6198 CANDLESTICK LOOP, COLUMBUS, GA 31909
Documents affixed to door after due diligence performed

**Description:**
Age: _____ Skin color: _____ Gender: _____ Weight: _____
Height: _____ Hair: _____ Relationship: _____
Other: _____

Sworn to before me on 12/23/20

EDYTHE L. CULPEPPER                 Notary Public

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022