**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
Supercom Inc.,

                            *Plaintiff*,    Case No.: 20-cv-08228

       *- against -*

                                          **REQUEST FOR ENTRY OF DEFAULT**

911inet LLC, and John Doe Corporations 1-5 d/b/a
Specialty Location Services,

                            *Defendants*.
---------------------------------------------------------------X

Plaintiff Supercom Inc. ("Plaintiff"), on behalf of himself and others similarly situated, by and through his attorneys, Levin-Epstein & Associates, P.C., respectfully requests that the Clerk of the Court enter the default of the Defendants 911inet LLC, and John Doe Corporations 1-5 d/b/a Specialty Location Services, (together, the "Defendants") pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend, as more particularly set forth in the annexed affidavit of Joshua D. Levin-Epstein, Esq. A Clerk's Certificate is enclosed herewith.

Dated: New York, New York
       January 22, 2021                          Respectfully submitted,

                                                 By: /s/ Joshua Levin-Epstein
                                                     Joshua D. Levin-Epstein
                                                     Levin-Epstein & Associates, P.C.
                                                     420 Lexington Avenue, Suite 2525
                                                   New York, NY 10170
                                                   Tel: (212) 792-0046
                                                   Email: Joshua@levinepstein.com
                                                   *Attorneys for Plaintiff*