UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SUPERCOM, INC.,

                                             Plaintiff,

                    -against-

911INET LLC, JOHN DOE CORPORATIONS 1-5
D/B/A SPECIALTY LOCATION SERVICES,

                                        Defendants.
------------------------------------------------------------------X

**STIPULATION TO EXTEND TIME TO RESPOND**

Index No. 20-CV-8228 (JSR)

IT IS HEREBY STIPULATED that the time for Defendants to answer, move with respect to, or otherwise respond to the Complaint in the above-captioned action is extended through and including March 22, 2021, and that Defendants appear in the action and waive any defenses based on improper service of process.

Dated: March 15, 2021
         Calverton, New York

**LAW OFFICES OF TODD WENGROVSKY, PLLC.**

By: _____
Todd Wengrovsky
285 Southfield Road, Box 585
Calverton, NY 11933
Tel (631) 727-3400
*Attorney for Defendants*

**LEVIN-EPSTEIN & ASSOCIATES, P.C**

By: _____
Jason Mizrahi, Esq.
60 East 42nd Street, Suite 4700
New York, NY 10165
Tel (212) 792-0048
*Attorney for Plaintiff*

SO ORDERED.

_____