**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SUPERCOM, INC.,

                              Plaintiff,

       -against-                          **DEFENDANT'S
RULE 7.1 STATEMENT**

                                                                     Index No. 20-CV-8228
911INET LLC, JOHN DOE CORPORATIONS 1-5    (JSR)
D/B/A SPECIALTY LOCATION SERVICES,

                              Defendants.
-------------------------------------------------------------------X

   Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

   **NONE**.

Dated:  Calverton, New York
         March 22, 2021

                                                           <u>/s/ Todd Wengrovsky</u>
                                                           Todd Wengrovsky - TW4823
                                                            Law Offices of
                                                            Todd Wengrovsky, PLLC.
                                                            285 Southfield Road, Box 585
                                                            Calverton, NY 11933
                                                           Tel (631) 727-3400
                                                           *Attorney for Defendants*