**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SUPERCOM, INC.,

                                            **[PROPOSED] ORDER**
                                            **VACATING ENTRY OF**
                Plaintiff,            **DEFAULT**

        -against-                         Index No. 20-CV-8228
                                                               (JSR)

911INET LLC, JOHN DOE CORPORATIONS 1-5
D/B/A SPECIALTY LOCATION SERVICES,

                                     Defendants.
-------------------------------------------------------------------X

       Upon consent of Plaintiff, IT IS HEREBY ORDERED that the Certificate of Default entered by the Clerk of Court on January 26, 2021 (Docket Number 14) is vacated pursuant to Fed. R. Civ. P. 55(c).


SO ORDERED.


_____