# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0046 • E: Joshua@levinepstein.com

May 19, 2021

*Via ECF Only*
The Honorable Magistrate Gabriel W. Gorenstein
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMORANDUM ENDORSEMENT**

Re:  *Supercom Inc. v. 911inet LLC et al*
     Case No.: 20-cv-08228-JSR

Dear Honorable Magistrate Judge Gorenstein:

This law firm represents plaintiff Supercom Inc. ("Plaintiff") in the above-referenced action.

Pursuant to Your Honor's Individual Motion Practice 1(F), and Your Honor's Order dated April 26, 2021 [D.E. 28] (the "Settlement Conference Order"), this letter respectfully requests the Court to adjourn the settlement conference scheduled for Monday, May 24, 2021 to June 22, 2021 at 10:00 a.m. This is a joint request as Defendants' counsel has consented. This is the first request of its nature.

Pursuant to Your Honor's Individual Motion Practice 1(F), the Deputy Clerk has advised that the Court is available for a settlement conference on June 22, 2021 at 10:00 a.m.

The basis of the request is that an adjournment would permit the Plaintiff to obtain documents and information to facilitate a settlement, in accordance with paragraph 8 of the Settlement Conference Order. Additionally, the Defendants had recently raised an inability to pay argument that requires documentation and proof, pursuant to paragraph 9 of the Settlement Conference Order.

Thank you, in advance, for your time and consideration.

**LEVIN EPSTEIN & ASSOCIATES, P.C.**

By:   */s/ Joshua Levin-Epstein_____*
      Levin-Epstein & Associates, P.C.
      60 East 42nd Street, Suite 4700
      New York, NY 10165
      Telephone: (212) 792-0046
      Joshua@levinepstein.com
      *Attorney for Plaintiff*

Cc: Defendants' counsel via ECF

**Settlement conference adjourned to June 22, 2021 at 10:00 a.m.  New submissions are due June 16, 2021.**

**So Ordered.**

1

GABRIEL W. GORENSTEIN
United States Magistrate Judge
May 19, 2021