UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SUPERCOM INC., :

              Plaintiff, : <u>ORDER</u>

  -v.- :

                                          20 Civ. 8228 (JSR) (GWG)
911INET LLC et al., :

             Defendants. :
------------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The settlement conference scheduled for June 22, 2021, is adjourned to July 6, 2021, at 10:00 a.m. New submissions are due on June 29, 2021.

SO ORDERED.

Dated: June 7, 2021
       New York, New York

                                                        _____
                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge