# LAW OFFICES OF
# TODD WENGROVSKY, PLLC.
**285 Southfield Road, Box 585**
**Calverton, New York 11933**
**Tel (631) 727-3400**
**Fax (631) 727-3401**
contact@twlegal.com

via ECF                                                                                          June 28, 2021

Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007                                         Re: Supercom Inc. v. 911inet LLC, et. al.
                                                                                SDNY 20-CV-8228

Dear Judge Gorenstein:

      I represent the Defendant in the above-referenced action, and this is submitted in response to Plaintiff's letter dated June 25, 2021 (Docket #32).

      Plaintiff requested adjournment of the Settlement Conference currently scheduled for July 6, 2021 at 10:00am due to a lack of information from the Defendant, including an alleged lack of response to a settlement proposal. I note that Defendant previously issued such a response (namely a settlement counter-proposal) in its Settlement Statement, on which Plaintiff's counsel was copied.

      However, I have been advised that my client needs additional time to provide discovery responses, as well as documentation regarding its current financial position. Such information impacts upon the potential effectiveness of a Settlement Conference.

      As such, Defendants consent to Plaintiff's request to adjourn the Settlement Conference currently scheduled for July 6, 2021.

      Should the Court require any additional information, please contact the undersigned.

      Respectfully submitted,

      /s/ Todd Wengrovsky

      Todd Wengrovsky

cc: Joshua Levin-Epstein, Esq.,
*Counsel for Plaintiff,* via ECF