# EXHIBIT D

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SUPERCOM, INC.,

                                              Plaintiffs,                  **DEFENDANTS'**
                                                                                                  **ANSWERS TO FIRST**
                          -against-                            **INTERROGATORIES**

911INET LLC, JOHN DOE CORPORATIONS 1-5,         Index No. 20-CV-8228
D/B/A SPECIALTY LOCATION SERVICES,               (JSR)

                                              Defendants.
------------------------------------------------------------------X

Defendants, in response to Plaintiffs' First Set of Interrogatories, state, being first duly sworn, as follows:

## ANSWERS TO INTERROGATORIES

**INTERROGATORY NO. 1:**

**ANSWER:**

Defendants object to this Interrogatory as violating Local Rule 33.3.

**INTERROGATORY NO. 2:**

**ANSWER:**

Phenix City, Alabama and by either wire transfer or check.

**INTERROGATORY NO. 3:**

**ANSWER:**

Javier Garcia.

**INTERROGATORY NO. 4:**

**ANSWER:**

No real property owned by Specialized Location Services.

**INTERROGATORY NO. 5:**

**ANSWER:**

No computer available that belonged to Specialized Location Services.

**INTERROGATORY NO. 6:**

**ANSWER:**

Defendants object to this Interrogatory as violating Local Rule 33.3.

**INTERROGATORY NO. 7:**

**ANSWER:**

Defendants object to this Interrogatory as violating Local Rule 33.3.

**INTERROGATORY NO. 8:**

**ANSWER:**

Defendants object to this Interrogatory as violating Local Rule 33.3.

**INTERROGATORY NO. 9:**

**ANSWER:**

Defendants object to this Interrogatory as violating Local Rule 33.3.

**INTERROGATORY NO. 10:**

**ANSWER:**

Defendants object to this Interrogatory as violating Local Rule 33.3.

**INTERROGATORY NO. 11:**

**ANSWER:**

Javier Garcia.

**INTERROGATORY NO. 12:**

**ANSWER:**

Defendants object to this Interrogatory as violating Local Rule 33.3.

**INTERROGATORY NO. 13:**

**ANSWER:**

Javier Garcia, CEO Specialized Location Services, 2010 to March, 2019.

**INTERROGATORY NO. 14:**

**ANSWER:**

Defendants object to this Interrogatory as violating Local Rule 33.3.

**INTERROGATORY NO. 15:**

**ANSWER:**

Defendants object to this Interrogatory as violating Local Rule 33.3.

**INTERROGATORY NO. 16:**

**ANSWER:**

Defendants object to this Interrogatory as violating Local Rule 33.3.

**INTERROGATORY NO. 17:**

**ANSWER:**

Javier Garca.

**INTERROGATORY NO. 18:**

**ANSWER:**

Javier Garcia.

**INTERROGATORY NO. 19:**

**ANSWER:**

jgarcia@slsgps.com.

**INTERROGATORY NO. 20:**

**ANSWER:**

Javier Garcia.

Dated: July 29, 2021

/s/ Javier Garcia
JAVIER GARCIA

AS TO OBJECTIONS:

Dated:  Calverton, New York
        July 29, 2021

                                                /s/ Todd Wengrovsky
                                                Todd Wengrovsky - TW4823
                                                Law Offices of
                                                Todd Wengrovsky, PLLC.
                                                285 Southfield Road, Box 585
                                                Calverton, NY 11933
                                                Tel (631) 727-3400
                                                *Attorney for Defendants*