# LEVIN-EPSTEIN & ASSOCIATES, P.C.

---

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0046 • E: Joshua@levinepstein.com

September 23, 2021

*<u>Via ECF and Email</u>*
The Honorable Jed S. Rakoff, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312
Email: RakoffNYSDChambers@nysd.uscourts.gov

        Re:    *Supercom Inc. v. 911inet LLC et al*
             <u>**Case No.: 20-cv-08228-JSR**</u>

Dear Honorable District Judge Rakoff:

      This law firm represents plaintiff Supercom Inc. ("Plaintiff") in the above-referenced action. Pursuant to Your Honor's Individual Rules of Motion Practice Rule 10, this letter respectfully serves to affirm that the above-referenced case has been finally settled. This letter is submitted on consent of the defendant 911inet LLC ("Defendant").

      Pursuant to Your Honor's Rule 10, the parties respectfully request that the Court either stay the case for thirty (30) days, or issue an order dismissing the case subject to reopening by any party if the settlement is not finalized within thirty (30) days.

      Thank you, in advance, for your time and consideration.

                                          **LEVIN EPSTEIN & ASSOCIATES, P.C.**

                        By:    */s/ Joshua Levin-Epstein*_____
                               Levin-Epstein & Associates, P.C.
                               60 East 42nd Street, Suite 4700
                               New York, NY 10165
                               Telephone: (212) 792-0046
                               Joshua@levinepstein.com
                               *Attorney for Plaintiff*

Cc: Defendant's counsel via ECF and Email