UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUPERCOM, INC.,

        Plaintiff,

  -against-

911INET LLC, et al.,

        Defendants.

20-cv-8228 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

    On September 23, 2021, the parties in the above-captioned case informed the Court that they had reached a settlement in principle. Accordingly, the case is hereby dismissed with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

    SO ORDERED.

Dated:   New York, NY

        September 24, 2021

JED S. RAKOFF, U.S.D.J.

1