UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SuperCom Inc.,

         *Plaintiff,*     Case No.: 20-cv-08228

   - *against* -           **[PROPOSED] ORDER**

911inet LLC, and John Doe Corporations 1-5 d/b/a
Specialty Location Services,

         *Defendants.*
---------------------------------------------------------------X

**JED S. RAKOFF, U.S.D.J.**

  On September 23, 2021, the parties in the above-captioned case informed the Court that they had reached a settlement in principle. On September 24, 2021, the Court entered an order dismissing the case with prejudice, with leave to any party to move within 30 days from the date thereof, *i.e.,* October 24, 2021, to reopen the case and proceed to trial if the settlement is not fully effectuated.

  On October 21, 2021, Plaintiff SuperCom Inc. filed a letter motion for an extension of time to move to reopen the case and proceed to trial from October 24, 2021 to, through and including November 8, 2021. Accordingly, the parties' deadline to move to reopen the case and proceed to trial if the settlement is not fully effectuated is extended to, through and including, November 8, 2021.

SO ORDERED.

Dated: New York, NY
   October __21__, 2021

                    _____
                    JED S. RAKOFF, U.S.D.J.