UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SuperCom Inc.,

                              *Plaintiff*,

             - *against* -

911inet LLC, and John Doe Corporations 1-5 d/b/a Specialty Location Services,

                              *Defendants*.
------------------------------------------------------------X

Case No.: 20-cv-08228

**[PROPOSED] ORDER**

**JED S. RAKOFF, U.S.D.J.**

        On September 23, 2021, the parties in the above-captioned case informed the Court that they had reached a settlement in principle. On September 24, 2021, the Court entered an order dismissing the case with prejudice, with leave to any party to move within 30 days from the date thereof, *i.e.,* October 24, 2021, to reopen the case and proceed to trial if the settlement is not fully effectuated.

        On October 21, 2021, Plaintiff SuperCom Inc. filed a letter motion for an extension of time to move to reopen the case and proceed to trial from October 24, 2021 to, through and including November 8, 2021. On October 22, 2021, the Court granted Plaintiff's letter motion.

        On November 17, 2021, Plaintiff SuperCom Inc. filed a second letter motion for an extension of time to move to reopen the case and proceed to trial from November 8, 2021 to, through and including December 1, 2021. Accordingly, the parties' deadline to move to reopen the case and proceed to trial if the settlement is not fully effectuated is extended to, through and including, December 1, 2021.

*[handwritten: No further adjournments after this one.]*

SO ORDERED.

Dated: New York, NY
      October ~~11~~ 22, 2021

                                                                                            JED S. RAKOFF, U.S.D.J.