UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

SUPERCOM, INC.,

      Plaintiff,

-against-

911INET LLC, et al.,

      Defendants.

------------------------------------------------------

20-cv-8228 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

    Now before the Court is Plaintiff SuperCom Inc.'s motion for summary judgment in full, ECF No. 36. Upon due consideration, the Court denies SuperCom's motion on the grounds that material facts remain in dispute. Additionally, based on the arguments made at oral argument, the Court grants SuperCom leave to amend the complaint to add Javier Garcia, the owner and operator of Defendant 911iNet LLC, as a defendant on both the existing counts and any additional counts, including fraud, that SuperCom's counsel determines is warranted.

    SuperCom's amended complaint must be filed by no later than February 23, 2022. Upon the filing of the amended complaint, the parties are instructed to jointly call the Court's chambers to schedule a further conference to occur no later than March 4, 2022.

The Clerk of the Court is directed to close document number 36 on the docket of this case.

SO ORDERED.

Dated:   New York, NY

        February 8, 2022　　　　　　　　JED S. RAKOFF, U.S.D.J.