UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SUPERCOM, INC.,

                            Plaintiff,

        -against-

911INET LLC, JOHN DOE CORPORATIONS 1-5
D/B/A SPECIALTY LOCATION SERVICES, AND
JAVIER GARCIA,

                            Defendants.
-------------------------------------------------------------------X

**STIPULATION TO EXTEND TIME TO RESPOND**

Index No. 20-CV-8228 (JSR)

IT IS HEREBY STIPULATED that the time for Defendants to answer, move with respect to, or otherwise respond to the Amended Complaint in the above-captioned action is extended through and including March 14, 2022.

Dated: March 2, 2021
       Calverton, New York

LAW OFFICES OF TODD
WENGROVSKY, PLLC.

By: _____
Todd Wengrovsky
285 Southfield Road, Box 585
Calverton, NY 11933
Tel (631) 727-3400
*Attorney for Defendants*

LEVIN-EPSTEIN & ASSOCIATES, P.C

By: _____
Joshua D. Levin-Epstein, Esq.
60 East 42nd Street, Suite 4700
New York, NY 10165
Tel (212) 792-0046
*Attorney for Plaintiff*

SO ORDERED.

_____