**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SUPERCOM, INC.,

                              Plaintiff,                **NOTICE OF MOTION**

      -against-

                                                                                      Index No. 20-CV-8228
911INET LLC, JOHN DOE CORPORATIONS 1-5     (JSR)
D/B/A SPECIALTY LOCATION SERVICES, AND
JAVIER GARCIA,

                              Defendants.
-------------------------------------------------------------------X

       **TO PLAINTIFF AND ITS ATTORNEY OF RECORD:**

       **PLEASE TAKE NOTICE THAT**, Defendants 911inet, LLC and Javier Garcia hereby move this Court to dismiss each and every count of the Plaintiff's Amended Complaint against them pursuant to Federal Rule 12(b)(6). The Motion is based on this Notice of Motion, the accompanying Memorandum, the Affidavit of Javier Garcia, and such other and further information as may be presented prior to or at the hearing on this Motion. Pursuant to the Minute Entry dated March 7, 2022, Opposition papers are due on April 4, 2022, Reply papers are due on April 22, 2022, and Oral Argument will be held telephonically on April 29, 2022 at 11:00am.

Dated:  Calverton, New York
         March 14, 2022                       /s/ Todd Wengrovsky
                                                 Todd Wengrovsky - TW4823
                                                 Law Offices of Todd Wengrovsky, PLLC.
                                               285 Southfield Road, Box 585
                                               Calverton, NY 11933
                                               Tel (631) 727-3400
                                               Fax (631) 727-3401
                                               contact@twlegal.com
                                               *Attorney for Defendants*