UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUPERCOM, INC., <br><br> Plaintiff, <br><br> -against- <br><br> 911INET LLC, et al., <br><br> Defendants. | 20-cv-8228 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.

    Following full briefing and oral argument, the Court, for the reasons stated from the bench, see Transcript, 4/29/22, GRANTED defendants' motion to dismiss the amended complaint as to defendant 911inet LLC and DENIED the motion as to defendant Javier Garcia. The parties have agreed that this action will proceed by a two-day bench trial. The parties are instructed to advise the Court by no later than Monday, May 2, 2022 at 5:00pm as to whether the trial will be scheduled to begin on May 9, 2022 or May 16, 2022, and whether they prefer to hold the trial in court or proceed remotely. No further adjournments will be permitted.

    The Clerk of the Court is directed to close document number 55 on the docket of this case.

1

SO ORDERED.

Dated:   New York, NY

         April 29, 2022                    _____
                                           JED S. RAKOFF, U.S.D.J.