UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SUPERCOM INC.,

                              *Plaintiff*,                      Case No.: 20-cv-08228

       - against -                              [~~Proposed~~]
                                                        **RULE 68 JUDGMENT**

911INET LLC, JOHN DOE CORPORATIONS
1-5 d/b/a SPECIALTY LOCATION SERVICES
d/b/a SPECIALIZED LOCATION SERVICES,
and JAVIER GARCIA,

                              *Defendants*.
-----------------------------------------------------------X

       **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Specialty Location Services d/b/a Specialized Location Services, and Javier Garcia (collectively, "Defendants"), having offered to allow judgment to be taken against them, jointly and severally, and in favor of Plaintiff Supercom Inc. ("Plaintiff") in the sum of Two Hundred Seventy-Five Thousand Dollars and No Cents ($275,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated May 9, 2022;

       **WHEREAS**, on May 9, 2022, Plaintiff's attorney having confirmed acceptance of Defendants' Rule 68 Offer of Judgment dated May 9, 2022;

       It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Supercom Inc. in the sum of Two Hundred Seventy-Five Thousand Dollars and No Cents ($275,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated May 9, 2022.  The Clerk of the Court is directed to close the case.

       **SO ORDERED**:

Dated: New York, New York
       May 9, 2022                                      _____
                                                         U.S.D.J.

1